Submitted on record and briefs April 13, reversed and remanded for reconsideration July 22, 1992

In the Matter of the Compensation of
Linda D. Crowder-Hicks, Claimant.

MAYFLOWER CONTRACT SERVICES
and National Union Insurance Company,
*Petitioners,*

*v.*

Linda D. CROWDER-HICKS,
*Respondent.*

(WCB 90-18790; CA A71556)

836 P2d 142

Jerald P. Keene and Roberts, Reinisch, Mackenzie, Healey & Wilson, P.C., Portland, filed the brief for petitioners.

Robert K. Udziela and Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron,* 114 Or App 64, 836 P2d 131 (1992).